IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-16-2261 |
| SADEESH SADAGOPAN, | § | |
| MAJED HAMDAN, and | § | |
| KHALED ZANTOUT | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Based on the accompanying Memorandum and Opinion Entering Findings of Fact and Conclusions of Law, NOV is entitled to recover from Sadeesh Sadagopan, Majed Hamdan, and Khaled Zantout, jointly and severally, the following:

(1) $12,220,102.37 in actual damages;

(2) post-judgment interest at 2.44% per annum as provided by law from entry of judgment until paid; and

(4) the costs of court as provided in Rule 54(d) of the Federal Rules of Civil Procedure.

This is a final judgment consistent with this order.

SIGNED on August 13, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge